STATE v. NICKERSON

No. 99 PC.

Case below: 13 N.C. App. 125.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 February 1972.

STATE v. REDFERN

No. 106 PC.

Case below: 13 N.C. App. 230.

Petition for writ of certiorari to North Carolina Court of Appeals denied 28 January 1972.

STATE v. RHODES

No. 22.

Case below: 13 N.C. App. 247.

Motion of Attorney General to dismiss appeal for lack of a substantial constitutional question allowed 28 January 1972.

STATE v. RICH

No. 29.

Case below: 13 N.C. App. 60.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 February 1972. Appeal dismissed for lack of substantial constitutional question 1 February 1972.

STATE v. ROBINETTE

No. 102 PC.

Case below: 13 N.C. App. 224.

Petition for writ of certiorari to North Carolina Court of Appeals denied 28 January 1972.